Emily Pullman, Sometimes Known as Emily Pulvermacher, as Administratrix, etc., Respondent, v. Henry W. Teets and Others, Appellants,

Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.